

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG 3 0 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN P. GRAY,

    Defendant.

Case No. 2:17-po-474-CKD;
2:17-po-475-CKD;
2:18-po-173-CKD
2:18-po-174-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release _____ JOHN P. GRAY ,

Case No. 2:17-po-474-CKD; 2:17-po-475-CKD; 2:18-po-173-CKD and 2:18-po-174-CKD Charge 38 CFR 1.218(b)(16); 38 CFR 1.218(b)(11) , from custody for the following reasons:

    X    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other): Defendant to be release from Marshal's to

    X    Federal Defender's at 9:00 a.m. on September 4, 2018 ~~for transportation to a motel facility.~~

Issued at Sacramento, California on August 30X, 2018 at 10:00 am

By: _____

Magistrate Judge Carolyn K. Delaney